UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**SHEILA MOORE**,

Plaintiffs,

– against –

**MTGLQ INVESTORS, L.P., FREIDMAN VARTOLO LLP**, and **KNUCKLES AND MANFRO LLP**,

Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

26-CV-2238 (AMD) (RML)

**ANN M. DONNELLY**, United States District Judge:

The *pro se* plaintiff brought this action against the defendants asserting claims for wrongful foreclosure, fraud, and violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (ECF No. 1.) She seeks declaratory judgment, injunctive relief, damages, and attorney's fees and costs. (*Id.* at 8.)

The plaintiff filed her complaint on April 16, 2026, (*id.* at 1), and paid the $405 filing fee, (ECF No. 2).[1] On May 4, 2026, Magistrate Judge Robert M. Levy ordered her to serve the defendants by July 15, 2026, or show good cause why she did not serve them. (ECF No. 5.) He warned the plaintiff that the case could be dismissed without prejudice if she did not serve the defendants by that date or show good cause for failing to do so. (*Id.*) As of September 29, 2026, the plaintiff had not served the defendants, or explained why. Accordingly, Judge Levy issued a Report and Recommendation in which he recommended that the case be dismissed for lack of

[1] The Report and Recommendation says that the plaintiff paid a $400 filing fee. (ECF No. 6 at 1.) She paid a $405 filing fee. (ECF No 2.)

prosecution. (ECF No. 6.) The Report and Recommendation was mailed to the plaintiff on October 22, 2026. (*ECF Order dated Oct. 22, 2026*.) No party has objected to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72, 6(a), 6(d).

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation modified).

The Court has carefully reviewed Judge Levy's Report and Recommendation for clear error and finds none. Accordingly, the Court adopts the Report and Recommendation. The case is dismissed without prejudice for lack of prosecution. The Clerk of Court is directed to mail a copy of this Order to the plaintiff at the address listed on the docket. The Clerk of Court is also respectfully directed to enter a final judgment and close the case.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
November 17, 2026